UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JASON J SPIKES                                           CIVIL ACTION

VERSUS                                                   NO. 21-1506 "H"(4)

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS

ORDER TRANSFERRING CASE

It has been brought to the Court's attention that the above-captioned case is related to Civil Action 21-1505 Spikes v. Louisiana Department of Public Safety and Corrections, a case before U.S. District Judge Ivan L.R. Lemelle.

**IT IS ORDERED** that this case be and hereby is **TRANSFERRED** to Section B, Magistrate Division 2, of the United States District Court for the Eastern District of Louisiana pursuant to Local Rule 3.1.1E.

New Orleans, Louisiana, this 16th day of August, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

8/16/21

TRANSFERRED TO
**SECT. B MAG 2**